IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                                   No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

### ORDER EXTENDING EXPERT DISCLOSURE DEADLINE

**THIS MATTER** is before the Court on Plaintiffs' *Stipulated Motion to Extend Expert Disclosure Deadlines* (the "Motion"), (Doc. 60), filed February 22, 2021. In the Motion, Plaintiffs request an extension of the deadlines for expert disclosures in order "to finish the necessary discovery for their expert reports." *Id.* at 2. Plaintiffs explain the parties "are working together to resolve prior discovery disputes," and "the recent weather emergencies in Texas have caused unforeseen obstacles." *Id.* 1-2. The Court, having considered the Motion and noting it is stipulated, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Stipulated Motion to Extend Expert Disclosure Deadlines*, (Doc. 60), is **GRANTED**. Expert disclosures are due from Plaintiffs by **March 23, 2021**, and expert disclosures are due from Defendants by **April 25, 2021**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE