**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILLIAM SCOTT COLLINS, et al.,

      Plaintiffs,

v.                                                                                                   No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

      Defendants.

**ORDER DISMISSING FIRST AMENDED COUNTERCLAIM
AND THIRD-PARTY COMPLAINT**

**THIS MATTER** is before the Court on Counterplaintiff and Third-Party Plaintiff Grey Hawk Transportation, LLC's *Unopposed Motion to Dismiss Grey Hawk Transportation, LLC's First Amended Counterclaim and Third-Party Complaint for Property Damage* (the "Motion"), (Doc. 77), filed March 29, 2021. In the Motion, Grey Hawk Transportation, LLC requests the Court dismiss its *First Amended Counterclaim and Third-Party Complaint for Property Damage*, (Doc. 45), against Counterdefendants and Third-Party Defendants William Scott Collins, Ironclad Energy, LLC, and John Does 1-5. The Court, having read the Motion, noting it is unopposed, and being otherwise fully advised, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Counterplaintiff and Third-Party Plaintiff Grey Hawk Transportation, LLC's *First Amended Counterclaim and Third-Party Complaint for Property Damage*, (Doc. 45), against Counterdefendants and Third-Party Defendants William Scott Collins, Ironclad Energy, LLC, and John Does 1-5 is dismissed with prejudice, with each party bearing its own costs and fees.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE