## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                                                                  No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Amend Scheduling Order* (the "Motion"), (Doc. 85), filed May 4, 2021. In the Motion, the parties explain that an extension of time to complete discovery "will provide sufficient time for [them] to prepare this matter for mediation and/or trial." *Id.* at 1-2. They further explain that the requested extension "will not interfere with the Court's pretrial deadlines set forth in its Amended Trial Notice filed March 12, 2021[,] nor will it impact the jury trial scheduled for February 14, 2022. *Id.* Thus, the parties request a sixty-day extension of the dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 37). *Id.* at 2. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 37), shall be modified as follows:

1. Discovery shall close on **July 23, 2021**;
2. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **August 14, 2021**;

3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **August 24, 2021**[1];

4. Final Pretrial Order by Plaintiffs to Defendants is due by **October 9, 2021**, and by Defendants to the Court by **October 23, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 37), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] As explained in the Court's *Scheduling Order*, this deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The *Amended Trial Notice*, (Doc. 70), separately provides that motions in limine are due no later than January 25, 2022.