IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                      No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

## ORDER MODIFYING DISCOVERY DEADLINES

**THIS MATTER** is before the Court upon the Telephonic Status Conference held on May 26, 2021, and upon communication with counsel. **IT IS HEREBY ORDERED** that the Court's *Scheduling Order*, (Doc. 37), and *Order Granting Joint Motion to Extend Discovery Deadlines*, (Doc. 86), shall be modified as follows:

1. Discovery shall close on **September 3, 2021**;

2. Motions relating to discovery shall be filed with the Court and served on the opposing party by **September 28, 2021**;

3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **October 8, 2021**;

4. Plaintiff's proposed Pretrial Order to Defendants due by **November 23, 2021**, and Defendants proposed Pretrial Order due to the Court by **December 7, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 37), *Order Extending Expert Disclosure Deadline*, (Doc. 61), and *Order Granting Joint Motion to Extend Discovery Deadlines*, (Doc. 86), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE