# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                                                No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court upon Plaintiffs' *Motion for Protective Order*, (Doc. 115), filed July 30, 2021. **IT IS HEREBY ORDERED** that Defendants may file a Response to Plaintiffs' Motion by **August 9, 2021**. Plaintiffs may file a Reply in support of their Motion by **August 12, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE