IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                                                                             No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE AND MOTION HEARING

**THIS MATTER** is before the Court on Defendant Grey Hawk Transportation's *Motion to Compel* (the "Motion"), (Doc. 128), filed August 20, 2021. **IT IS ORDERED** that Plaintiffs' response shall be due by **August 26, 2021**. Defendant Grey Hawk Transportation's reply, if any, may be presented orally at the Motion hearing or, if written, it shall be due by **12:00 p.m. MST** on **August 30, 2021**.

**IT IS FURTHER ORDERED** that a Motion hearing shall be held via Zoom on **August 31, 2021, at 10:30 a.m. MST**. The parties should also be prepared to address the independent forensic expert issue.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE