IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                                                                                                       No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

### ORDER RESETTING TELEPHONIC HEARING

**THIS MATTER** is before the Court *sua sponte*. **IT IS HEREBY ORDERED** that the hearing on the parties' proposed orders for the appointment of an independent expert previously set for **Thursday, September 9, 2021, at 2:00 p.m.**, is **RESET** for **Friday, September 10, 2021, at 10:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE