### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                                                                                                           No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on review of the record. **IT IS HEREBY ORDERED** that a telephonic status conference to determine the parties' amenability to participate in a settlement conference is set for **Tuesday, November 30, 2021, at 10:00 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE