IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                                     No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC SECOND PRE-SETTLEMENT STATUS CONFERENCE

**THIS MATTER** is before the Court upon the Telephonic Pre-Settlement Status Conference held today. **IT IS HEREBY ORDERED** that a second pre-settlement status conference will be held by telephone on **Tuesday, January 11, 2022, at 11:00 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE