IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM SCOTT COLLINS, et al.,

    Plaintiffs,

v.                                                           No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

    Defendants.

### ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' settlement of this matter. *See* (Doc. 186). **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **February 14, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE