**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILLIAM SCOTT COLLINS, et al.,

      Plaintiffs,

v.                                                                    No. CV 20-869 JCH/CG

GREY HAWK TRANSPORTATION, LLC, et al.,

      Defendants.

<u>**ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS**</u>

      **THIS MATTER** is before the Court on the parties' *Agreed Motion to Extend Time to File Closing Documents*, (the "Motion"), (Doc. 188), filed February 14, 2022. In the Motion, the parties explain that they "have been engaged in good-faith negotiations regarding the language to be included in the formal Settlement Agreement and Release between the parties[,]" and that "the parties are in the process of drafting a final version of the Settlement Agreement and Release for Plaintiffs' signatures." *Id.* at 1. Once Defendants have received a signed Settlement Agreement and Release, they will then have "thirty (30) days . . . to fund the settlement[.]" *Id.* Accordingly, the parties request a thirty-day extension of the deadline to submit closing documents. *Id.* The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **March 16, 2022**.

      **IT IS SO ORDERED**.

                                   _____
                                   THE HONORABLE CARMEN E. GARZA
                                   CHIEF UNITED STATES MAGISTRATE JUDGE